# March Term

## VIII Geo. 3.

---

1768.

CHARGE TO
THE GRAND
JURY.

The Charge given to the Grand Jury by the Chief Juftice was as follows.

---

GENTLEMEN of the Grand Jury: At the Opening of the Court you are fenfible that the Path of your Duty fhould be pointed out to you ; and, in Order that you may have an Apprehenfion of what is incumbent on you, I fhall endeavour to give you fome Idea of thofe Principles, on which the Law is founded.

Our Anceftors, Gentlemen, when they came over to this Country, brought with them the Common Law of our Mother Country, (which is with great Propriety fo called,) and, although their firft Charter bound them down to make no Laws contrary to the Law of England, yet, from the Situation they were then in, and from their peculiar Circumftances,

they

they then apprehended they had a Right to adopt the Judicial Laws of Mofes which were given to the Ifraelites of Old. They, at that Time, confidered, not how Crimes affected the Peace and Harmony of Society, but, almoft always adapted their Punifhment to the real Guilt of the Criminal. Thus, they punifhed Adultery, with Death (1); Blafphemy, with Death (2); nay, they carried it fo far, that a refractory, difobedient Child, if he continued obftinate and incorrigible after Admonition and Reproof, was punifhed by whipping very feverely; and, if that Punifhment did not reclaim or work fome Reformation, he was put to Death. (3) I can't but regret that we have departed fo far from the Spirit of our Fathers, under the old Charter, as that a refractory, difobedient Child has become fo common* among us as fcarce to be noticed. I could mention many other Crimes and Punifhments under the old Charter, all of which went on this fame Principle I before obferved.

Upon a Judgment given againft the old Charter, the People could never obtain fo great a Boon, as they thought their old Charter: Since, you are fenfible,

* Qu. of the Juftice of this Remark.

---

(1) Anc. Chart. 59.

(2) This act was paffed in 1646, and by its terms was expreffly extended to " pagan indians " — " albeit we compel them not to the " Chriftian faith — neverthelefs, the blafpheming of the true God cannot " be excufed by any ignorance or infirmity of human nature, the Eter-" nal Power and Godhead being known by the light of nature, and the " creation of the world." Anc. Chart. 61.

(3) Anc. Chart. 60.

1768..

CHARGE TO
THE GRAND
JURY.

fible, they appointed all their Officers, made all their Laws, without any Controul from Home. At this Day, our Governour, Lieutenant Governour and Secretary are appointed from Great Britain, and our provincial Acts are all subject to a Negative from thence. We stand, therefore, upon quite a different Footing from our Forefathers, and the Principle of our Laws is very variant from that which governed them under the old Charter. There were several Attempts made, since our present Charter, to enact Laws upon Old-Charter Principles; but they all failed, and the Laws were disallowed in Great Britain.

The Principle of Law which now governs us, is to punish Crimes, only as they affect Society. From hence it is, we see, many Offences in England are punished, often in no Ways proportioned to the real Heinousness of the Crime : — Thus, to counterfeit a Shilling is a higher Crime than to kill one's Father. One is High Treafon — the other is only Felony.

High Treafon, Gentlemen, is the highest Offence our Law knows of, and is a Crime against the very End of Government, and tends to destroy its very Being. Most of the Offences which amount to High Treafon, we, here, by Reason of our Distance from the Person of our Sovereign, cannot commit ; some we may, which, before I close, I may have Occasion to mention.

(Here the Chief Justice was concise upon the Articles, Felony, Burglary, Forgery, Arson, Sodomy and

and Theft; upon which laſt, he obſerved, that our
provincial Law had reduced the Penalty ſo low, he
wiſhed the Government would, ſince the great In-
creaſe of that pernicious Crime, make ſome further
Proviſion againſt it.)

Perjury, Gentlemen, is not, by the Law of Eng-
land, or our Provincial Law, made capital, which
has often excited my Wonder.   There is no Crime
I now think of, more pernicious to Society.   Per-
jury, in a legal Senſe, is a falſe Swearing in a Court
of Record, in a Point material to the Iſſue.   But
that Man muſt be abandoned to all Senſe of Relig-
ion, who can call his God to witneſs a Falſehood,
even where, in a Law-Senſe, it might not amount
to Perjury.   The lighteſt Puniſhment ſuch a Man
muſt expect to feel, is to be perpetually goaded
with the Stings of his own Conſcience.   Surely, the
Time or Place can be no Ways material in the
Divine Mind, where a Man willfully ſwears a
Falſehood.   He, who can deliberately call his
Maker to witneſs to a Lie, muſt live in Horror
all his Days.   I am ſorry we have ſo much Reaſon
to think this Crime is ſo frequently committed in
our Cuſtom-Houſe Oaths.

There are a Multitude of other Crimes of the
moſt dangerous Tendency, which ſtrike the Mind
of the Generality, when we hear Rumours of them,
with no great Horror—yet are plainly introductive
of the utmoſt Confuſion into Society, deſtroy its
Harmony, produce Bloodſhed and Murder — in
ſhort, if allowed to increaſe, they muſt ſap the
Foundation of all Government.   Such are Riots,
Routs

Routs and unlawful Affemblies. Yet, who would live in a State where he was frequently alarmed with Reports of the Kind? You, Gentlemen, who live in the Country, feldom hear of these Things, but we, who live in Town, fee, feel and hear of them often — that there is a going to be a Rumpus, as it is called — a cant Word for a Riot. This excites no great Horror in our Mind; but if we were told, that fuch a Man's Houfe was to be deftroyed — fuch a Man to be killed — it would fill us with great Dread of the Confequences. — Yet the plain natural Tendency of thefe Things is to this very End.

An Infult, only, may, at firft, be defigned to a private Perfon; but, when once an Affembly is gathered, any one of that Company who has a private Pique againft any Individual, and has a Hand in the Lead, may eafily draw fuch a Multitude to commit Crimes which, at firft, they had not the leaft Intention to do; nay, would have fhuddered at, if mentioned.

(Here the Chief Juftice went into the well-known Law of Aggreffors and Defenders in Riots and Affaults, and recommended to the Inhabitants of Bofton a watchful Eye over their Servants.)

One other Offence, which tends much to difturb the Peace and deftroy the Order of the Community, is that of Libelling.*

This

---

* If the Severity of the Law, touching Libels, as it hath fometimes been laid down, be duly weighed, it muft ftrike both Houfes of Parliament with Terror and Difmay. The Lords' Proteft, in November, 1763. p. 9.

This Offence has increafed very much, of late, and threatens the Subverfion of all Rule among us. There are People who make it their Bufinefs to furnifh the Prefs with the moft fcandalous and defamatory Pieces.

No Government,— in Europe, I am fure, — not one that is counted the moft free, would have tolerated thofe libellous Pieces which we have feen in the publick Prints, within this Twelve-month paft. Thefe Publications have often brought to my Mind a Story I have heard of one Wilkes, of whom you all have heard — and whom, I am forry to fay it, fome among us fhow too great a Defire to imitate.   That Perfon was once afked, while he was writing, how far a Man in an Englifh Government might go, in his Publications, and not come within the Laws of High Treafon.   To which he anfwered, he was juft then trying how far he could go.   Thefe Authors among us feem to be trying the fame dangerous Experiment.   I will not pronounce thofe Authors guilty of High Treafon ; but I will venture to fay, they come as near it as poffible, and not come within it.

For thefe feven or eight Years, I have made it my conftant Practice to read every Book upon the Crown-Law I could meet with ; and I never yet read or heard, till of late, the Doctrine that fome particular Perfon muft be ftruck at — that Names of particular Perfons were neceffary — that the initial or final Letters muft be inferted, in Order to make a Libel.

This

This Notion which has lately prevailed feems to arife from a Miftake of fome of our Books, where fome defamatory Pieces have been adjudged Libels, becaufe the Authors had put down the initial or final Letters of the Names of certain Perfons. But, furely, it never follows from hence, that this is the only Way of making a Libel.

The Rule of Law is, that the Perfon libelled muft be fufficiently marked out; for, if the Perfon is fo fully delineated, that he is well known without putting his Name, it rather adds to the Heinoufnefs of the Offence, as it fhows the deliberate Malice of the Author, and his wicked Endeavours to elude the Law.

Neither is it neceffary to a Libel, that any Perfon at all be mentioned: As in a Libel againft the Government, wrote in Queen Ann's Time, which contained a Defence of Hereditary Right, and a Denial of the Right of Parliament to fix the Crown where it then was. (1) So there may be a Libel upon Religion, — as I remember, when I was quite young, to have heard of one Woolfton who wrote feveral Treatifes againft the Miracles of Our Saviour. (2) Thus, in publifhing of a very obfcene Book, as the Earl of Rochefter's Works. And one Curl, I think, was condemned to the Pillory for a Libel of the fame Sort. (3) The Duke of Wharton too, who wrote a Book called Ezeriph and Sophron, in which a Parallel was run between thofe two Characters,

---

(1) *Dr. Sacheverell's Cafe*, 15 Howell's State Trials, 1.
(2) See 26 Howell's State Trials, 676.
(3) 10 Howell's State Trials, 153.

acters, making Sophron, by whom was meant the Pretender, a very wife Prince, and Ezeriph, by whom was intended the King then on the Throne, a very weak and wicked Man. (4) In all thefe Writings and many more I might name, no Names were mentioned nor ever fuppofed neceffary to make them Libels; but the Authors or Publifhers were committed, and punifhed in the fevereft Manner.

And one Franklin, who wrote againft Minifters, was imprifoned and punifhed; though it was objected, that there were Minifters of Religion, as well as State. (5) Nothing can be clearer, than that a Libel may as well be without a Name, as with one, and without any initial or final Letters. As painting a Sign, drawing a Man's Picture with a Gallows near it, or any other Way fufficiently defcriptive of the Perfon intended.

I remember that Lord Talbot, one of the greateft Judges that ever fat on the Englifh Bench, lays it down as the Rule of Libels, that, if, upon the Connexion and Comparing of the feveral Parts, and then taking the Whole together, the Perfon was plainly pointed out and eafily known to every Reader, it was fufficient to conftitute it a Libel. — It is enough if the Thing is obvious to a common Underftanding.

I expect fome will cry out, our Liberties are endangered — the Liberty of the Prefs is ftruck at — but

---

(4) 17 Howell's State Trials, 666, & note.
(5) 17 Howell's State Trials, 626.

34

but let fuch People confider, that, if we may write, why not fpeak as freely of Men? Shall a Man print that, of the firft Ruler of a State, which he will not fpeak of any one Man in the Community? Shall our first Magiftrate be thus flandered with impunity in an *infamous* Paper?* — I believe I may fay thus much, without incurring the Imputation of prejudging.

Formerly, no Man could print his Thoughts, ever fo modeftly and calmly, or with ever fo much Candour and Ingenuoufnefs, upon any Subject whatever, without a Licence. When this Reftraint was taken off, then was the true Liberty of the Prefs. Every Man who prints, prints at his Peril; as every Man who fpeaks, fpeaks at his Peril. It was in this Manner I treated this Subject at the laft Term, yet the Liberty of the Prefs, and the Danger of an *Imprimatur* was canted about, as if the Prefs was going under fome new and illegal Reftraint. No Gentleman of the Bar, I am fure, could have fo mifunderftood me. This Reftraint of the Prefs, in the Prevention of Libels, is the only Thing which will preferve your Liberty. To fuffer the licentious Abufe of Government is the moft likely Way to deftroy its Freedom. — But fhall a Printer be punifhed? — why, it is faid, it is his Living. — Shall a Highwayman be punifhed? To rob is his Living. Shall a Thief? — to fteal is his Living.†

Whence

* *Vide* the Supplement to the BOSTON GAZETTE, February 29, 1768, Bofton Gazette, March 7, 1768, March 14, 1768. (6)

† *Vid.* Kelyng, 23.

(6) See note at the end of this charge.

Whence is it, that this Difference is made between him who robs me of my Reputation, and who takes away my Property? The former is the worst of the two.

You, Gentlemen, may be at fome Lofs, what is Evidence of publifhing a Libel. I will briefly mention what is undoubted Law in this Cafe. A Bookfeller having a libellous Book in his Shop to fell is full Evidence enough to you, Gentlemen, of the Publifher. To fend a Libel about by one's Servant to fell is Evidence alfo. Gentlemen, the general Rule of Law here takes Place, that who ever does a Thing by another, does it himfelf.

A Libel may be as well againft a private Perfon, Gentlemen, as againft one in a publick Station; and the Difturbances Things of this Sort are likely to breed, is very obvious to every Man; but the Confequences are infinitely more mifchievous when the Chief Ruler is openly attacked. — There is no End to thefe Things.

But, it is faid, if we have a bad Ruler, there is no other Means of Redrefs. This is a Miftake. To be fure the *Chief Ruler* of the Province *is not to be brought into this Court to anfwer for any Mifdemeanour:* but we muft feek Relief from Great Britain. (7) *Qu.*
If our Governour acts in an illegal Manner, we have a good King, and can *eafily* have him removed. *Qu.*

Upon

---

(7) For an article by Quincy on the liability of all officers to impeachment, and the caufes therefor, publifhed in the " Bofton Gazette " of Jan. 4, 1768, fee App. IV.

Upon a juſt Complaint we may have a Governour ordered to Weſtminſter and there tryed and puniſhed. We have ſeen Inſtances of this. But, I am ſure, I do not believe our preſent Governour is deſerving of ſuch Treatment: I am myſelf fully convinced of his Uprightneſs and Integrity.

Judge Foſter, who is one of the cleareſt and moſt accurate Writers I ever met with, upon the Crown-Law, lays it down, that no Subjeƈt, in Society, has a Right to avenge his own Wrongs, but muſt ſeek his Redreſs in the Method the Laws of his Country allow. And if it ſhould unfortunately happen, that any one Individual ſhould be injured, or greatly wronged, by thoſe appointed to rule over him, and the Laws of the Land afford him no Remedy, he ought patiently to bear his unhappy Lot; and it is incumbent on him to have Recourſe to that Maxim, that Vengeance belongeth only to the *Moſt High.**

Gentlemen of the Grand Jury: You are to remember the Oath of God which is upon you. You are ſworn truly to preſent all ſuch Matters and

Things

* *Qu.* if his Honour (the Chief Juſtice) don't refer to Foſter's Crown Law, 296, *q. v.* And

*Qu.* if Judge Foſter's Words will bear the Conſtruƈtion (as here given) in its full Extent. (8)

---

(8) The paſſage referred to is as follows:

" No man under the proteƈtion of the law is to be the avenger of his " own wrongs. If they are of ſuch a nature for which the laws of ſociety "·will give him an adequate remedy, thither he ought to reſort: but be " they of what nature ſoever, he ought to bear his lot with patience and " remember, *That Vengeance belongeth only to the Moſt High.*"

Things as fhall be given you in Charge.* — Go now and fee how you can get over your Oath: — Go now and fee if you can avoid making a Prefentment of thofe heinous Offences with which you have now been charged. — In doing your Duty and in the Obfervance of your Oath, you may caufe a Clamour againft you; Reproach may be thrown on you; you may be vilified and flandered; — but remember your own Confciences. In the faithful Difcharge of your Duty, you will find, at leaft, the Approbation of a good Confcience. You ought not, by any Means, to regard the Cenfure you may meet with, from the Performance of your Duty as Grand Jurymen. Remember that you and I are to give an Account to our God at his awfull Tribunal, how we have difcharged our refpective Duties, and of our Obfervance of the feveral Oaths of God, with which each of us is laid under the greateft Obligations. — I hope, Gentlemen,

1768.

CHARGE TO THE GRAND JURY.

* *Qu.* if the Words of the Oath will bear any fuch Conftruction ; and fee the precedent Words of the Oath in the Law-Book. (9)

(9) Prov. St. 4 W. & M. (ed. 1759) 26, where the oath of the foreman and other grand jurors is thus:

" YOU as Foreman of this Inqueft for the Body of this County of S. You fhall diligently enquire and a true Prefentment make " of all fuch Matters and Things as fhall be given you in Charge ; the " King and Queen's Majefties Counfel, your Fellows and your own, you " fhall keep fecret ; you fhall prefent no Man for Envy, Hatred or " Malice ; neither fhall you leave any Man unprefented for Love, Fear, " Favour or Affection, or Hope of Reward : But you fhall prefent " Things truly as they come to your Knowledge according to the beft of " your Underftanding. *So help you GOD.*"

" THE fame Oath which your Foreman hath taken on his Part, you and every of you on your Behalf fhall well and truly " obferve and keep. *So help you GOD.*"

1768.  tlemen, you will bear in Mind what I have now ſaid, and pray that we may all finally be acquitted at the Bar of God.

━━━━━◆━━━━━

N. B.   The Grand Jury found no Bill for Libelling.

At the Superiour Court held ſhortly after, at Charleſtown, the Chief Juſtice, (as I was well informed,) in his Charge to the Grand Jury, gave a gentle Touch upon the Conduct of this (Suffolk) Grand Jury, in not finding a Bill, after ſuch a Home-Charge.

*Qu.* of ſome Points of Law laid down in the preceeding Charge:— And *vide* Bollan on the Freedom of Speech and Writing upon Publick Affairs, p. 45, 46, 47, and onward.

*Vide* 2 Lord Raymond, 879.

━━━━━◆━━━━━

##### Note.

The circumſtances which gave riſe to the alleged libel referred to by the Chief Juſtice were as follows: Hutchinſon had been a member of the Council for ſome years before he became Lieutenant Governor.  After receiving this appointment, though no longer elected to the Council, he continued to occupy a ſeat in that body, on the ground that the Lieutenant Governor poſſeſſed ſuch a privilege *ex officio*.  This claim was the occaſion of a warm controverſy between the Houſe of Repreſentatives and the Governor, the former aſſerting that it afforded " a new and additional inſtance of ambition and a luſt of power " on the part of the Lieutenant Governor, which charge Hutchinſon declares to have been the work of Major Hawley, in revenge for imagined ill-treatment in Court.  3 Hutch. Hiſt. Maſs. 175 (*ante*, p. 249, 50).  The Governor repreſented the affair to Lord Shelburne, then Secretary of State, and received a reply, approving of his conduct, cenſuring the Houſe in general, and ſeveral members

in

in particular. This excited much indignation in the Houfe, who there-upon charged the Governor with mifreprefenting the character of their members, and alfo prepared a letter to the Secretary of State, praying for an opportunity of vindicating themfelves and their conftituents.

It was at this time that the article in queftion appeared in the fupple-ment to the " Bofton Gazette " of February 29, 1768, referred to by the reporter, together with the two following papers, containing the proceed-ings of the Council and Houfe, and other communications relating to the affair. The file of Bofton newfpapers for that year, from which we copy, is in the poffeffion of the Maffachufetts Hiftorical Society, and contains many pen and ink notes, references, &c., by the original owner and compiler, Harbottle Dorr, a Bofton merchant of the period. Thefe we have enclofed in brackets where they occur.

From the fupplement to the " Bofton Gazette," Feb'y 29, 1768 :

*[By Doctor Warren.]*

" Meffieurs EDES & GILL,

" *Please to insert the following.*

" MAY it pleafe your ————, We have for a long time known your Enmity to this Province. We have had full Proof of your " Cruelty to a loyal People. No Age has perhaps furnifhed a more glar-" ing Inftance of obftinate Perfeverance in the Path of Malice, than is " now exhibited in your ————. Could you have reaped any Ad-" vantage from injuring this People, there would have been fome Excufe " for the manifold Abufes with which you have loaded them. But when " a diabolical Thirft for Mifchief is the alone Motive of your Conduct, " you muft not wonder if you are treated with open Diflike ; for it is " impoffible, how much foever we endeavour it, to *feel* any Efteem for " a Man like you ———— Bad as the World may be, there is yet in every " Breaft fomething which points out the good Man as an Object worthy " of Refpect, and marks the guileful treacherous Man-hater for Difguft " and Infamy. ————

" Nothing has ever been more intollerable than your Infolence upon a " late Occafion, when you had by your jefuitical Infinuations, induced a " worthy Minifter of State, to form a moft unfavorable Opinion of the " Province in general, and fome of the moft refpectable Inhabitants in " particular. You had the Effrontery to produce a Letter from his Lord-" fhip, as a Proof of your Succefs in calumniating us.—— Surely you muft " fuppofe we have loft all Feeling, or you would not dare thus tauntingly to " difplay the Trophies of your Slanders, and, upbraidingly, to make us " fenfible of the inexpreffible Misfortunes which you have brought upon " us.—— But I refrain, left a full Reprefentation of the Hardfhips fuffered " by this too long infulted People, fhould lead them to an unwarranta-" ble Revenge. We never can treat good and patriotic Rulers with too

" great

1768.

" great Reverence —— But it is certain that Men totally abandoned to
" Wickednefs, can never merit our Regard, be their Stations ever fo high.

> " ' If fuch Men are by God appointed,
> " ' The Devil may be the Lord's anointed.' "

[By Dr. Warren.]                                            A true Patriot."

[This was fuppofed to be a great Libel on the Governor: he recom-
mended it to the Houfe and Council to confider it. The Grand Jury were
inftructed to find a Bill, but they did not.]

Bancroft attributes the above article to Otis as " bearing the marks of
his excited mind." VI. Bancroft's Hift. U. S. 131.

From the " Bofton Gazette," March 7, 1768 :

" Boston, March 3, 1768.

" Tuefday laft his Excellency the Governor was pleafed to fend the
" following Meffage to the Honorable His Majefty's Council :

" Gentlemen of the Council,

" I HAVE been ufed to treat the Publications in the Bofton-Gazette
with the Contempt they deferve, but when they are carried to a
" length, which if unnoticed, muft endanger the very Being of Govern-
" ment, I cannot confiftently with the Regard to this Province which I
" profefs and really have, excufe myfelf from taking Notice of a Publica-
" tion in the Bofton-Gazette of Yefterday, beginning at the top of the fec-
" ond Column of the fecond Page of the Supplement. I therefore con-
" fulted you in Council thereupon, and have received your unanimous
" Advice that I fhould lay the faid libellous Paper before your Board in
" your legiflative Capacity, and likewife before the Houfe of Reprefent-
" atives.

" In purfuance of which Advice, I have ordered the Secretary to com-
" municate to you the faid libellous Paper, that you may take the fame
" together with all the Circumftances attending it, into your ferious Con-
" fideration, and do therein as the Majefty of the King, the Dignity of his
" Government, the Honor of this General Court, and the true Intereft
" of this Province, fhall require.

                                        " FRA. BERNARD.
" Council Chamber, March 1, 1768."

" In Anfwer to which, there being the full Number of the Council prefent
" excepting three Gentlemen, the Board unanimoufly Voted the following
" Addrefs to His Excellency.

" To His Excellency Francis Bernard, Efq ; Captain General and
" Governor in Chief, in and over his Majefty's Province of the Maffa-
" chufetts-Bay in New-England, and Vice-Admiral of the fame.

                                                              " The

" The ADDRESS of His Majefty's Council of the Province aforefaid.

" *May it pleafe your Excellency,*

" THE Board have taken into ferious Confideration your Excellency's Meffage of the firft Inftant, with the *Bofton-Gazette* " communicated therewith.

" The Article in faid *Gazette,* refer'd to by your Excellency, gave the " Board a real Concern, not only as it is mifchievous in its Tendency, but " as it is a falfe, fcandalous and impudent Libel upon your Excellency.

" Altho' the Author of it may endeavour to fcreen himfelf by the " Omiffion of a Name, yet as it refers particularly to a Tranfaction fo " lately had in the General Court, there is the higheft Prefumption the " Intention of it could be no otherwife than to place your Excellency in " the moft odious Light.

" Such an infolent and licentious Attack on the Chief Magiftrate (the " King's Reprefentative in the Province) involves in it an Attack on " Government itfelf; as it is fubverfive of all Order and Decorum; and " manifeftly tends to deftroy the Subordination, that is abfolutely neceffary " to good Government, and the Well-being of Society. It would have " been flagitious at any Time, but being perpetrated while the General " Court is fitting, and a Tranfaction in the Court the alledged Occafion of " it, it becomes from thefe and other Circumftances, in the higheft degree " flagitious; and may juftly be deemed, not only an Infult on the General " Court; not only an Infult on the King's Authority, and the Dignity of " his Government, but as it concludes with the moft unwarrantable Pro- " fanenefs, an Infult upon the King of Kings.

" The Board therefore cannot but look upon the faid Libel with the " utmoft Abhorrence and Deteftation: and they are firmly perfuaded " the Province in general view it in the fame light: The Threats there- " fore implied in the faid Libel cannot be the Threats of the Province, " but of the Libeller.

" The Board take this Opportunity, with one Voice to affure your Ex- " cellency that, to the utmoft of their Power, they will always defend and " fupport the Honor and Dignity of the King's Governor; and will be " ever ready to do, in this Affair, as in every other, whatever the Majefty " of the King, the Honor of the General Court, and the true Intereft of " this Province, fhall require.

" In COUNCIL, 3rd March, 1768.

" ORDERED UNANIMOUSLY, That the foregoing Addrefs be prefented " to His Excellency the Governor, and that *Samuel Danforth, Benja-* " *min Lincoln, William Brattle, Thomas Hubbard, and Harrifon Gray,* " Efqrs., be a Committee to wait on His Excellency therewith.

" A. OLIVER, Secr'y.

1768.

" *His Excellency was pleafed to return the following Anfwer* :

" GENTLEMEN,

" I Thank you moſt heartily for this Addreſs, in which you expreſs ſo full and unanimous a Senſe of your Duty to the King, and your " Refolution to fupport his Government in this Province. For myſelf, I " am ſo fortified in a Confcioufneſs of my own Integrity, which has hith- " erto defied the utmoſt Malice to impeach it publickly, that I am not to " be moved by the impotent Attacks of an anonymous Libeller. I fhould " not have taken Notice of the Libel in queſtion, if I had not apprehended " it pregnant with Danger to the Government. As you are of the fame " Opinion, I have only to aſſure you that I will at all Times moſt readily " join with you in all proper Meaſures to maintain the Authority of the " King, and promote the Welfare of the People, within the Province, " committed by His Majeſty to my Charge.

" FRA. BERNARD.

" Council Chamber,
" March 3, 1768.

" *His Excellency ſent the like Meſſage to the Houſe of Repreſentatives* " *as the preceding to the Council*, mutatis mutandis ; *to which the Houſe* " *made the following Anſwer*,

" *In the Houſe of Repreſentatives, March* 3, 1778.

" ORDERED, That Mr. *Hancock*, Mr. *Otis*, Col. *Ward*, Mr. *Spooner*, and Capt. *Bradford*, be a Committee to wait on his " Excellency the Governor, with the following Anſwer to his Meſſage " of the ıſt Inſtant.

" T. CUSHING, Spk'r.

" *May it pleaſe your Excellency*,

" IN Duty and great Refpeẟt to his Majeſty's Repreſentative and Governor of the Province, this Houſe have given all due Atten- " tion to your Meſſage of the firſt Inſtant. You are pleaſed to recom- " mend to their ſerious Confideration, a publication in the *Boſton Gazette* " of Monday laſt as ' being carried to a length, which if unnoticed, muſt " endanger the very Being of Government.' In this View, your Excel- " lency, in the Notice you have taken of it, without doubt, aẟted ' con- " ſiſtently with the Regard to this Province, which you profefs.'

" We are very ſorry that any Publication in the News Paper, or any " other Cauſe, fhould give your Excellency an Apprehenfion of Danger " to the Being or Dignity of His Majeſty's Government here. But this " Houſe, after Examination into the Nature and Importance of the Pa- " per referred to, cannot fee Reaſon to admit of ſuch Concluſion as your " Excellency has formed. No particular Perſon publick or private is

" named

" named in it: And as it doth not appear to the Houfe, that any thing
" contained in it can affect ' the Majefty of the King, the Dignity of the
" Government, the Honour of the General Court or the true Intereft of
" the Province,' they think they may be fully juftified in their Determi-
" nation to take no further Notice of it.*

" The Liberty of the Prefs is a great Bulwark of the Liberty of the
" People: It is therefore the incumbent Duty of thofe who are confti-
" tuted the Guardians of the People's Rights to defend and maintain it.
" This Houfe, however, as one Branch of the Legiflature, in which Ca-
" pacity alone they have any Authority, are ready to difcountenance an
" Abufe of this Privilege, whenever there fhall be Occafion for it: Should
" the proper Bounds of it be at any Time tranfgreffed, to the Prejudice
" of Individuals or the Publick; it is their Opinion at prefent, that Pro-
" vifion is already made for the Punifhment of Offenders in the common
" Courfe of the Law. This Provifion the Houfe apprehend, in the pref-
" ent State of Tranquility in the Province, is fufficient, without the
" Interpofition of the General Affembly; which however, it is hoped,
" will, at all Times, be both ready and willing, to fupport the executive
" Power, in the due Adminiftration of Juftice, whenever any extraor-
" dinary Aid fhall become needful."

* " *The Divifion upon this Queftion was 56 to 18. The Divifion in the
Houfe upon this Meffage was 39 to 30.*"

From the fame paper:

" *Meffieurs* EDES & GILL,

" *Pleafe to infert the following:*

" MY *firft performance*, has by a ftrange kind of compliment,
been by fome applied to his Excellency Governor Bernard.
" It is not for me to account for the conftruction put upon it. Every
" man has a right to make his own remarks, and if he fatisfies himfelf,
" he will not difpleafe me. I will however inform the Public, that I
" have the moft facred regard to the characters of all good men, and
" would fooner cut my hand from my body, than ftrike at the reputation
" of an honeft member of the community: But there are circumftances,
" in which not juftice alone, but humanity itfelf, obliges us to hold up *the*
" *villain to view*, and expofe his guilt, to prevent his deftroying the
" innocent. — Whoever he is whofe *confcience* tells him he is not the
" monfter I have portraited, may reft affured I did not aim at him; but
" the perfon who *knows* the black picture exhibited, to be his own, is
" welcome to take it to himfelf. — The Imputation of difaffection to the
" King and the Government, brought againft me by his Majefty's coun-
" cil, I fhall anfwer only by a quotation from the paper which they have
" been pleafed to cenfure, where I fay, ' We can never treat good and
" patriotic rulers with too great reverence.' In which fentence I hope
" the

1768.

"the honorable Board will not fay I have omitted to declare my fenti-
"ments of the duty which every good fubject owes to his prefent Majefty,
"and all worthy fubordinate magiftrates. And I flatter myfelf, that the
"fentiments of the Board coincide with mine; if they do not, I muft
"diffent from them. — Their charge of profanefs, I humbly apprehend,
"was occafioned by their *forcing* a fenfe upon the two laft lines, totally
"different from what I intended they fhould convey — My defign was to
"compare wicked men, and efpecially wicked magiftrates, to thofe ene-
"mies to mankind the devils, and to intimate that the devils themfelves
"might boaft of divine authority to feduce and ruin mankind, with as
"much reafon and juftice, as wicked rulers can pretend to derive from
"God, or from his word, a right to opprefs, harrafs and enflave their
"fellow-creatures. The beneficent Lord of the univerfe delights in
"viewing the happinefs of all men : And fo far as civil government is
"of divine inftitution, it was calculated for the greateft good of the
"whole community : And whenever it ceafes to be of general advan-
"tage, it ceafes to be of divine appointment ; and the magiftrates in fuch
"a community have no claim to that honor which the divine Legiflator
"has affigned to magiftrates of his election. I hope the honorable Board
"will not condemn a man for expreffing his contempt for the odious doc-
"trines of divine hereditary right in princes, and of paffive obedience,
"which he thinks difhonorary to almighty God, the common and impar-
"tial Father of the fpecies, and ruinous both to Kings and Subjects ;
"and which if adhered to, would dethrone his prefent Majefty, and de-
"ftroy the Britifh nation. The honorable Board is humbly requefted
"to examine whether the above is not the moft natural and obvious
"fenfe of the quoted lines : Certainly when I read them, I thought it
"the only fenfe ; and I fhall think myfelf very *unhappy* in my readers,
"fhould they generally put that conftruction upon them which the hon-
"orable Board have been pleafed to adopt.

"I fhall at all times write my fentiments with freedom, and with de-
"cency too ; the rules of which I am not altogether unacquainted with.
"— While the Prefs is open, I fhall publifh whatever I think conducive
"to general emolument ; when it is fuppreffed, I fhall look upon my
"country as loft, and with a fteady fortitude expect to feel the general
"fhock !

"A true Patriot."

---

"PRINTERS !

"*Insert the following!*

"A *libel* on a *Lobfter.*

"I Hope none will be offended; but I really prefer a *Crab* to a
Lobfter.*

"Libellus Famofus.

"* *See* 5 *Report.* 125.

" *A Libel on Crabs.*

" I Care not a Farthing who is offended; I would not give one Lobſter for Ten Crabs.*

" *Famoſus Libellus.*

" * *See* Weſtminſter *Journal.*"

---

From the " Boſton Gazette," March 14, 1768.

" *Meſſieurs* EDES & GILL,               [*Dr. Warren.*]

" *Pleaſe to inſert the following:*

" WITH Pleaſure I hear the general Voice of this People in favor of freedom; and it gives me ſolid ſatisfaction to find
" all orders of unplaced independent men, firmly determined, as far as in
" them lies, to ſupport their own RIGHTS, and the Liberty of the
" PRESS. The hon. houſe of Repreſentatives have ſhewed themſelves
" reſolute in the cauſe of juſtice — The Grand Jurors have convinced us,
" that no influence is able to overcome their attachment to their country,
" and our free conſtitution — they deſerve honor— But this is one of
" thoſe caſes, in which by doing as they have done, they really merit
" praiſe; yet the path was ſo plain, that to have done otherwiſe, would
" have rendered them ——— indeed !
" While this People know their true intereſt, they will be able to diſtin-
" guiſh their friends from their enemies; and with uniform courage, will
" defend from tyrannic violence, all thoſe who generouſly offer themſelves
" volunteers in the cauſe of truth and humanity. But if ever a miſtaken
" complaiſance leads them to ſacrifice their privileges, or the well-mean-
" ing aſſertors of them, they will *deſerve* bondage, and ſoon will find
" *themſelves in chains.*
" Every ſociety of men have a clear right to refute any unjuſt aſper-
" ſions upon their characters; eſpecially when they feel the ill effects of
" ſuch aſperſions: And though they may not purſue the ſlanderer from
" motives of revenge, yet are obliged to endeavour to detect him, that ſo
" he may be prevented from injuring them again. — This province has
" been moſt barbarouſly traduced; and now groans under the weight of
" thoſe misfortunes which have been thereby brought upon it; we have
" detected ſome of the authors; we will zealouſly endeavour to deprive
" them of the power of injuring us hereafter. ——— We will ſtrip the ſer-
" pents of their ſtings, & conſign to diſgrace, all thoſe guileful betrayers
" of their country. ——— There is but one way for men to avoid being ſet
" up as objects of general hate, which is, NOT TO DESERVE IT.

" A TRUE PATRIOT."

1768.

" *To the PRINTERS.*

[*S. Adams.*]

" THERE is nothing so *fretting* and *vexatious*, nothing so justly
TERRIBLE to tyrants, and their tools and abettors, as a FREE
" PRESS. The reason is obvious; namely, Because it is, as it has been
" very justly observed, in a *spirited* answer to a *spirited* speech, ' the
" *bulwark of the People's Liberties.*' For this reason it is ever watched
" by those who are forming plans for the destruction of the People's
" Liberties, with an *envious* and *malignant* eye. If a villain is por-
" traited and held up to the public, rather than fail in the attempt to cast
" an odium upon the press, they will even *own the character*, and pro-
" nounce it a libel; for it is their absurd doctrine, *the more true, the*
" *more libellous.* It is not at all surprizing, that *your* press is hated, and
" *your* paper branded with the name of ' *infamous*,' by *some* men :
" These are the men who formed and pushed to the utmost of their
" power, the late *detested Stamp-Act :* These are the men who have been
" forging chains and manacles ; and when they could not, after the most
" impudent attempt, *force* them upon the people, have with intollerable
" insolence endeavored to perswade them that they had better *put them on*
" *themselves :* But *your Press* has founded the alarm ; or to use the words
" of a *minion*, ' rung the alarm bell ; ' *Your Press* has spoken to us the
" words of truth : It has pointed to this people, their danger and their
" remedy : It has set before them Liberty and Slavery ; and with the
" most perswasive and pungent language, conjured them, in the name of
" GOD, and the King, and for the sake of all posterity, to chuse Liberty
" and refuse Chains : Go on, for you have been already prosper'd.
" The People have listned with attention : They have pursued *such*
" measures as in spite of the slanderous tongues of their malicious enemies
" *must* and *will* be successful : While these measures have been taking,
" *your* Press has been incessantly calling upon all to be quiet ; and pa-
" tiently to wait for their political salvation — No MOBBS — No CON-
" FUSIONS — No TUMULTS — This has been the language of YOUR —
" ' *infamous* ' Paper — Let this be the language of ALL ———— *We* know
" WHO have abused us —We owe them *Contempt*, and we will treat them
" with it in full measure : But let not the hair of their scalps be touched :
" The time is coming, when they shall lick the dust and melt away.
" POPULUS."

The next week's " Gazette," published March 21st, contains an ac-
count of the celebration of the anniversary of the repeal of the Stamp
Act, (March 18th,) and among the toasts drank at a dinner of fifty gen-
tlemen at the British Coffee House, appear the following :

" 5. *The Boston-Gazette and the worthy members of the House who*
" *vindicated the freedom of the PRESS.*

" 6. *The worthy and independent Grand Jurors.*"